1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANSISKA SUSILO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER LEE ROBERTSON, an individual doing business as Real Estate Advisors, form unknown; ADVISORS, INC., a California corporation doing business as Real Estate Advisors; REAL ESTATE ADVISORS, form unknown; 1100 WILSHIRE PROPERTY OWNERS ASSOCIATION, form unknown; ACTION PROPERTY MANAGEMENT, INC., a California Corporation; BARRY JAMES, an individual; NICK ARNETT, an individual; WELLS FARGO BANK, NA; DOES 1 to 50, Inclusive, <br><br> Defendants. | Case No.: 2:12-cv-09796-CAS-PJW <br><br> [Assigned to Hon. Christina A. Snyder, District Judge, Courtroom 5, 2d Floor] <br><br> **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1

| |
|---|
| 1100 WILSHIRE PROPERTY OWNERS ASSOCIATION, BARRY JAMES, ACTION PROPERTY MANAGEMENT, <br><br> Cross-Claimants, <br><br> vs. <br><br> AURELIA SANTOSO, <br><br> Cross-Defendant. |

Good cause appearing therefor, and pursuant to Rule 41(a)(1)(ii) and (c) and the stipulation of the parties by and through their respective attorneys, it is hereby ordered that this entire action be dismissed with prejudice.

Dated: November 6, 2013

*[signature: Christina A. Snyder]*

_____
Honorable Christina A. Snyder
United States District Court Judge